UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JIMMIE ALLEN, RANIA ALLEN, and MARCUS ALLEN, | ) ) ) |
| Plaintiffs, | ) ) ) Cause No: 4:14-CV-00744 |
| v. | ) ) |
| CITY OF FERGUSON, OFFICER BAKER, OFFICER BROWN, and OFFICER BALLARD, | ) ) ) ) ) |
| Defendants. | ) |

# *DEFENDANTS' NOTICE TO COURT REGARDING ORDER TO COMPEL*

COME NOW, Defendants, City of Ferguson, Officer Baker, Officer Brown, and Officer Ballard ("Defendants"), by and through their attorneys and for their Motion to Compel Against Plaintiffs and hereby notify the Court as follows:

1. On August 18, 2014, at 11:30AM, this Court held a hearing regarding Defendants' Motion to Compel Plaintiffs' Rule 26 Disclosures, Responses to Defendants' First Request for Production, and Defendants' First Set of Interrogatories.

2. On August 19, this Court granted Defendants' Motion to Compel in full, requiring Plaintiffs to provide responses no later than August 28, 2014.  Doc. No. 15.

3. No responses have been provided, to date.  Accordingly, Plaintiffs are in violation of this Court's August 19 Order.

{01226473.DOCX;1}

4. Pursuant to Local Rule 37-3.04, Defendants' attorney attempted to contact Plaintiff's attorney by phone on September 3. Defendants' attorney left a message in an effort to resolve the dispute of outstanding responses pursuant to the Court Order.

5. To date, Defendants' attorney has received no return contact.

WHEREFORE, Defendants respectfully request this Court to take whatever further action it deems just and necessary in conjunction with its August 19, Order, and the outstanding discovery responses of Plaintiffs.

        */s/Peter J. Dunne*
        Peter J. Dunne   #31482
        Robert T. Plunkert    #62064
        PITZER SNODGRASS, P.C.
        Attorney for Defendants City Ferguson, Officers Brown, Baker, and Ballard
        100 South Fourth Street, Suite 400
        St. Louis, Missouri 63102-1821
        (314) 421-5545
        (314) 421-3144 (Fax)
        Email: dunne@pspclaw.com
        Email: plunkert@pspclaw.com

2

{01226473.DOCX;1}

A copy of the foregoing filed electronically with the Clerk of the Court this 4th day of September, 2014, to be served by operation of the Court's electronic filing system upon the following: **Rufus J. Rate, Jr.**, Attorney for Plaintiffs, 7751 Carondelet, Suite 803, Clayton, MO 63105, tatelawfirm@gmail.com.

                                                 */s/Peter J. Dunne*